U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAY - 6 2022
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    8:22-PO-48 (GLF) |
| | ) |
| **v.** | ) **Information** |
| | ) |
| **DHRUV PATEL,** | ) Violation:    8 U.S.C. § 1325 |
| | )                [Improper Entry by Alien] |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:    Franklin |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Improper Entry by Alien]

On or about April 28, 2022, in Franklin County in the Northern District of New York, the defendant, **DHRUV PATEL**, an alien, native and citizen of India, eluded examination and inspection by immigration officers as he entered the United States from Canada, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: May 6, 2022

CARLA B. FREEDMAN
United States Attorney

By:    */s/ Jeffrey C. Stitt*
Jeffrey C. Stitt
Assistant United States Attorney
Bar Roll No. 520195